# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0074. JOSHUA WRIGHT v. STATE COURT OF COBB COUNTY.**

Joshua Wright filed an "Emergency Petition for Writ of Mandamus" with this Court, to compel the Cobb County State Court to issue rulings on his motions that are pending below in the state court proceedings. Upon consideration of the petition and the issues raised therein, the emergency petition for writ of mandamus is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  10/17/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*